# CHARLESTON.

Burgunder *et al. v.* Zeigler.

Submitted January 20, 1898—Decided March 26, 1898.

Attachment—*Affidavits.*

Appeal from Circuit Court, Cabell County.
Suit in equity by Burgunder Bros. and others against Jacob Zeigler. Bill dismissed, and plaintiffs appeal.

*Reversed.*

Simms, Enslow and Hartman, for appellants.

Campbell, Holt & Campbell, Brown, Jackson & Knight, and R. G. Quarrier, for appellee.

BRANNON, PRESIDENT:

This was a suit in equity with attachment, resulting in the quashing of affidavits and attachments, and dismissal of the bill, and appeal. It involves only the sufficiency of the affidavits and facts therein to warrant the attachment, and that upon questions disposed of in the case of *Miller* v. *Zeigler*, (this term) 29 S. E. 981, and the case requires no further opinion. Decrees quashing attachments and affidavits and dismissing the bill reversed, motions to quash attachment and affidavit overruled, and demurrer overruled, and case remanded for further proceedings.

*Reversed.*